UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Yahia M. Abushaqra,                                     Civil 05-2470 ADM/FLN

    Petitioner,

v.                                                                  O R D E R

United States of America

    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 28, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's application for habeas corpus relief under 28 U.S.C. Section 2241 [#1] is dismissed for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: November 23, 2005.        s/Ann D. Montgomery
at Minneapolis, Minnesota         JUDGE ANN D. MONTGOMERY
                                           United States District Court